1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MILLER, | Case No. 3:23-cv-00370-ART-CSD |
| Plaintiff, | **ORDER GRANTING** STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | |
| BARRET, *et al.*, | |
| Defendants. | |

Plaintiff, Mark Miller, *pro se*, and Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel Aaron D. Ford, Attorney General, and Andrew C. Nelson, Senior Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///
///

1  stipulate and agree that this matter be dismissed with prejudice by Order of this Court,

2  each party to bear their own attorney's fees and costs.

3

4  DATED this 7th of June 2024.          DATED this 9th day of September, 2024.

5                                         AARON D. FORD
                                          Attorney General
6  By: _____
   Mark Miller, #44747                   By: /s/ Andrew C. Nelson
7  Plaintiff, pro se                     Andrew C. Nelson (Bar No. 15971)
                                          Senior Deputy Attorney General
8                                         Attorneys for Interested Party, NDOC

9

10

11                                        IT IS SO ORDERED.

12

13

14                                        Anne R. Traum
                                          United States District Judge
15

16                                        DATED: September 10, 2024

17

18

19

20

21

22

23

24

25

26

27

28